COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Michael D. Sirota, Esq.
Ryan T. Jareck, Esq.
*Attorneys for Joseph Lehey*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: : | Civil Action No. 2:12-CV-04448 (DMC) |
| FSJ IMPORTS, LLC and FSJ, LLC. : | Hon. Dennis M. Cavanaugh, U.S.D.J. |
| Debtors. : | CIVIL ACTION |
| FSJ IMPORTS, LLC and FSJ, LLC, : | |
| Appellants, : | **ORDER DENYING (I) STAY PENDING APPEAL FROM ORDER DISMISSING CHAPTER 11 CASES; AND (II) EXPEDITED APPEAL** |
| v. : | |
| JOSEPH LEHEY, : | |
| Appellee. : | |

THIS MATTER, having been opened to the Court by FSJ Imports, LLC ("FSJ Imports") and FSJ, LLC ("FSJ," and together with FSJ Imports shall be referred to herein collectively as, the "Appellants"), by and through its counsel, Trenk, DiPasquale, Della Fera & Sodono P.C., upon Appellants' Emergency Motion for Entry of Order (i) Granting Stay Pending Appeal from the Bankruptcy Court's Order Granting Joseph Lehey's Motion Dismissing the Appellants' Chapter 11 Cases; or (ii) Expediting Appeal (the "Stay Motion"); and upon consideration of the Stay Motion, and arguments of counsel, and good cause existing for the entry of this Order;

50133/0001-8704938v1

IT IS on this 20th day of July, 2012

**ORDERED** that the Stay Motion is denied.

_____
Hon. Dennis M. Cavanaugh, U.S.D.J.